**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In Re: Marie Carver Meadows | Case No.    3:bk-12-32228-KRH |
| Debtor. | Chapter    13 |

### ORDER

Upon motion of the Movant, and consent of all interested parties, it is hereby

**ORDERED** that Mitchell P. Goldstein, Esq., is appointed special counsel to the Movant for the limited purpose of prosecuting an adversary complaint to determine the extent of a secured creditor's lien on Movant's real estate.

**FURTHER ORDERED** that the Clerk of the Court is directed to send true copies of this Order to all counsel of record.

Entered:  
_____  
Kevin R. Huennekens  
Judge, US Bankruptcy Court

I ask for this:                                        Seen:

/s/ Mitchell P. Goldstein, Esq.                        /s/ Robert B. Van Arsdale (authorized by email_)
Mitchell P. Goldstein, Esq., VSB 40613          Robert B. Van Arsdale, Esq. #17483
mitch@mitchellpgoldstein.com                      Assistant U.S. Trustee
Goldstein Law Group                                    701 E. BROAD STREET
9962 Brook Road, #647                                 Suite 4304
Glen Allen, VA  23059                                   Richmond, VA 23219-1885

Seen and AGREED:

/s/  Rudolph C. McCollum, Jr. (authorized by email)
Rudolph C. McCollum, Jr., Esq. VSB#32825
McCollum At Law, P.C.
P.O. Box 4595
Richmond, VA 23220
Email: rudy@mccollumatlaw.com
(804) 523-3900 Fax: (804) 523-3901

### CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1

I certify that all necessary parties have endorsed the foregoing order.

/s/ Mitchell P. Goldstein, Esq.  
Mitchell P. Goldstein, Esq., VSB 40613
mitch@mitchellpgoldstein.com
Goldstein Law Group
9962 Brook Road, #647
Glen Allen, VA  23059
(804) 592-1674