**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In Re:   Marie Carver Meadows, | Case No.    3:12-bk-32228-KRH |
| Debtor. | Chapter    13 |

## NOTICE OF APPLICATION FOR SUPPLEMENTAL FEE APPLICATION

**Mitchell P. Goldstein, Esq.,** counsel for the Debtor, has filed a Supplemental Fee Application for Allowance of Compensation pursuant to 11 U.S.C. § 330(a) and § 503(b)(2), F.R.B.P. 2016 and Standing Order No. 08-1.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **21 DAYS FROM THE DATE OF THE APPLICATION**, you or your attorney must:

1. **File with the court**, at the address shown below, a written response, pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response, to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
   And also:

   | | |
   |---|---|
   | Clerk US Bankruptcy Court | Mitchell P. Goldstein, Esq. |
   | 701 E. Broad St., Suite 4000 | 9962 Brook Road, #647 |
   | Richmond. VA 23219 | Glen Allen, VA 23059 |

2. **Attend a hearing on August 29, 2012 at 10:30 a.m. at 701 E. Broad Street, Room 5000,  Richmond, VA 23219.** If no timely response has been filed, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

DATE:  July 19, 2012                                    /s/Mitchell P. Goldstein
                                                        Mitchell P. Goldstein, Esq. VSBN 40613
                                                        Goldstein Law Group
                                                        9962 Brook Road, #647
                                                        Glen Allen, VA  23059
                                                        (804) 592-1674


### CERTIFICATE OF SERVICE

I certify that I have transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all parties in interest.

                                    /s/ Mitchell P. Goldstein
                                    Mitchell P. Goldstein, Esq.

---

Mitchell P. Goldstein, Esq., VSB 40613
mitch@mitchellpgoldstein.com
Goldstein Law Group
9962 Brook Road, #647
Glen Allen, VA  23059
(804) 592-1674                                                                                        - 1 -

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:   Marie Carver Meadows,                          Case No.      3:12-bk-32228-KRH
              Debtor.                                   Chapter       13

**APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR**

<u>Mitchell P. Goldstein, Esq.</u> applies for approval and payment of supplemental compensation (including reimbursement of expenses) as attorney for the debtor in the amount of <u>$2,520.40</u>.

1.  The period covered by this application is from <u>April 20, 2012</u> through <u>August 29, 2012</u>.

2.  **Nature and charge for services billed in the original fee.**  No fees have been charged by this firm to date. Mitchell Goldstein filed this Adversary Proceeding under a Motion and Order to Employ.

3.  **Nature and charge for services billed as supplemental fee.**  Mitchell Goldstein filed an adversary proceeding to strip the second deed of trust held by Citibank. The adversary proceeding, which is the subject of this fee application, was filed on June 1, 2012. A Motion for Entry of Default and Default Judgment is pending. A hearing is scheduled for August 29, 2012.

4.  **Why supplemental services were necessary.**  The supplemental services were requested by the client and necessary to save the house and make the plan feasible.

5.  The attorneys and paralegals who provided the services for which supplemental compensation is requested are as follows:

| Name | Position | Years in Practice | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|
| Mitchell P. Goldstein | Attorney | 15.5 | $300.00 | 7.3 | $2,190.00 |

6.  A summary of the services for which supplemental compensation is requested is as follows:

| Description of Services Rendered | Attorney Hours | Paralegal Hours | Total Fees |
|---|---|---|---|
| Filed an Adversary Complaint to strip a mortgage | 7.3 | 0 | $2,190.00 |

7.  Costs totaling $30.40, as itemized on the attached time and cost records, are also requested.

8.  Charges <u>have</u> (have/have not) been included for preparation and noticing of the fee application and any court appearances related to the application. (If included, the amount requested is <u>$300</u>.).

Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
804-592-1674
mitch@mitchellpgoldstein.com                                                              Page 1 of 2

9.     The requested fee can (can/cannot) be paid without reducing the dividend on unsecured claims. To the extent that the fees cannot be paid without reducing the dividend on unsecured claims, the debtor has agreed to amend the plan so that they can be so paid.

10.    The complete time records of attorney's services in representing debtors in this matter are attached.

       WHEREFORE, the Goldstein Law Group, Inc. respectfully requests this Honorable Court to approve supplemental fees as follows:

       a.     Award supplemental fees in the amount of $2,520.40.

       b.     Approve $500 currently held in escrow

       c.     Order $2,020.40 to be paid through the Chapter 13 Plan as an administrative claim pursuant to 11 U.S.C. § 503.

I ask for this:

/s/ Mitchell P. Goldstein
Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
804-592-1674
mitch@mitchellpgoldstein.com


## Certificate of Service

I certify that I have transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all parties in interest.

                              /s/ Mitchell P. Goldstein

Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
804-592-1674
mitch@mitchellpgoldstein.com                                                    Page 2 of 2

| Matter | Task | Time | Amount | Date |
|---|---|---|---|---|
| Cost | PACER Fees - 56 pages at $0.10 per page | | $5.60 | |
| Cost | Copy Costs - 30 pages at $0.15 per page * 3 copies | | $13.50 | |
| Cost | Postage - $0.65 * 2 copies + $5.95 | | $7.25 | |
| Cost | Copy Costs - 3 pages at $0.15 per page * 3 copies * 2 documents | | $2.70 | |
| Cost | Postage - $0.45 * 3 copies | | $1.35 | |
| Meadows Lien Strip | Case Discussion, Retainer and Analysis | 0.5 | $150.00 | 4/20/2012 |
| Meadows Lien Strip | Gather Documents and Review | 1 | $300.00 | 5/11/2012 |
| Meadows Lien Strip | Draft & File Motion to Employ & Circulate Order | 0.5 | $150.00 | 5/11/2012 |
| Meadows Lien Strip | Follow up for signatures and file Motion to Employ | 0.2 | $60.00 | 5/24/2012 |
| Meadows Lien Strip | File Order | 0 | $0.00 | 5/25/2012 |
| Meadows Lien Strip | Review documents & Research parties to Draft Complaint | 1.2 | $360.00 | 5/31/2012 |
| Meadows Lien Strip | Completed & Filed Complaint | 0.4 | $120.00 | 6/1/2012 |
| Meadows Lien Strip | Review Summons, Complete & File COS, Serve Complaint | 0.3 | $90.00 | 6/5/2012 |
| Meadows Lien Strip | Drafted Motion for Default and Default Judgment & Affidavit | 1 | $300.00 | 7/9/2012 |
| Meadows Lien Strip | Filed Motions for Default | 0.1 | $30.00 | 7/11/2012 |
| Meadows Lien Strip | Contacted Court to Schedule Hearing, Update Motions & Filed | 0.4 | $120.00 | 7/18/2012 |
| Meadows Lien Strip | Hearing on Motions | 1 | $300.00 | 8/29/2012 |
| Meadows Lien Strip | Draft and File Orders | 0.7 | $210.00 | 8/29/2012 |
| **TOTAL** | | **7.3** | **$2,220.40** | |

| | | | |
|---|---|---|---|
| | Total Attorney Fees | 7.3 | $2,190.00 |
| | Total Costs | | $30.40 |
| | Fees for Preparing, Filing and Arguing Supplement Fee Application | | $300.00 |
| **TOTAL** | | | $2,520.40 |