**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:   Marie Carver Meadows,                                  Case No.        3:12-bk-32228-KRH
                    Debtor.                                                  Chapter          13

**APPLICATION FOR SUPPLEMENTAL COMPENSATION**
**OF ATTORNEY FOR DEBTOR**

Mitchell P. Goldstein, Esq. applies for approval and payment of supplemental compensation (including reimbursement of expenses) as attorney for the debtor in the amount of $2,520.40.

1. The period covered by this application is from April 20, 2012 through August 29, 2012.

2. **Nature and charge for services billed in the original fee.** No fees have been charged by this firm to date. Mitchell Goldstein filed this Adversary Proceeding under a Motion and Order to Employ.

3. **Nature and charge for services billed as supplemental fee.** Mitchell Goldstein filed an adversary proceeding to strip the second deed of trust held by Citibank. The adversary proceeding, which is the subject of this fee application, was filed on June 1, 2012. A Motion for Entry of Default and Default Judgment is pending. Default Judgment was granted on August 29, 2012.

4. **Why supplemental services were necessary.** The supplemental services were requested by the client and necessary to save the house and make the plan feasible.

5. The attorneys and paralegals who provided the services for which supplemental compensation is requested are as follows:

| Name | Position | Years in Practice | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|
| Mitchell P. Goldstein | Attorney | 15.5 | $300.00 | 7.3 | $2,190.00 |

6. A summary of the services for which supplemental compensation is requested is as follows:

| Description of Services Rendered | Attorney Hours | Paralegal Hours | Total Fees |
|---|---|---|---|
| Filed an Adversary Complaint to strip a mortgage | 7.3 | 0 | $2,190.00 |

7. Costs totaling $30.40, as itemized on the attached time and cost records, are also requested.

8. Charges have (have/have not) been included for preparation and noticing of the fee application and any court appearances related to the application. (If included, the amount requested is $300.).

Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
804-592-1674
mitch@mitchellpgoldstein.com                                                                                                Page 1 of 2

9.  The requested fee <u>can</u> (can/cannot) be paid without reducing the dividend on unsecured claims. <u>To the extent that the fees cannot be paid without reducing the dividend on unsecured claims, the debtor has agreed to amend the plan so that they can be so paid.</u>

10. The complete time records of attorney's services in representing debtors in this matter are attached.

WHEREFORE, the Goldstein Law Group, Inc. respectfully requests this Honorable Court to approve supplemental fees as follows:

a.  Award supplemental fees in the amount of $2,520.40.

b.  Approve $500 currently held in escrow

c.  Order $2,020.40 to be paid through the Chapter 13 Plan as an administrative claim pursuant to 11 U.S.C. § 503.

I ask for this:

/s/ Mitchell P. Goldstein
Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
804-592-1674
mitch@mitchellpgoldstein.com

## Certificate of Service

I certify that I have transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all parties in interest.

/s/ Mitchell P. Goldstein

Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
804-592-1674
mitch@mitchellpgoldstein.com                                                                                           Page 2 of 2

| Matter | Task | Time | Amount | Date |
|---|---|---|---|---|
| Cost | PACER Fees - 56 pages at $0.10 per page | | $5.60 | |
| Cost | Copy Costs - 30 pages at $0.15 per page * 3 copies | | $13.50 | |
| Cost | Postage - $0.65 * 2 copies + $5.95 | | $7.25 | |
| Cost | Copy Costs - 3 pages at $0.15 per page * 3 copies * 2 documents | | $2.70 | |
| Cost | Postage - $0.45 * 3 copies | | $1.35 | |
| Meadows Lien Strip | Case Discussion, Retainer and Analysis | 0.5 | $150.00 | 4/20/2012 |
| Meadows Lien Strip | Gather Documents and Review | 1 | $300.00 | 5/11/2012 |
| Meadows Lien Strip | Draft & File Motion to Employ & Circulate Order | 0.5 | $150.00 | 5/11/2012 |
| Meadows Lien Strip | Follow up for signatures and file Motion to Employ | 0.2 | $60.00 | 5/24/2012 |
| Meadows Lien Strip | File Order | 0 | $0.00 | 5/25/2012 |
| Meadows Lien Strip | Review documents & Research parties to Draft Complaint | 1.2 | $360.00 | 5/31/2012 |
| Meadows Lien Strip | Completed & Filed Complaint | 0.4 | $120.00 | 6/1/2012 |
| Meadows Lien Strip | Review Summons, Complete & File COS, Serve Complaint | 0.3 | $90.00 | 6/5/2012 |
| Meadows Lien Strip | Drafted Motion for Default and Default Judgment & Affidavit | 1 | $300.00 | 7/9/2012 |
| Meadows Lien Strip | Filed Motions for Default | 0.1 | $30.00 | 7/11/2012 |
| Meadows Lien Strip | Contacted Court to Schedule Hearing, Update Motions & Filed | 0.4 | $120.00 | 7/18/2012 |
| Meadows Lien Strip | Hearing on Motions | 1 | $300.00 | 8/29/2012 |
| Meadows Lien Strip | Draft and File Orders | 0.7 | $210.00 | 8/29/2012 |
| **TOTAL** | | **7.3** | **$2,220.40** | |

| | | | |
|---|---|---|---|
| | Total Attorney Fees | 7.3 | $2,190.00 |
| | Total Costs | | $30.40 |
| | Fees for Preparing, Filing and Arguing Supplement Fee Application | | $300.00 |
| **TOTAL** | | | $2,520.40 |