UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:          Marie Carver Meadows                Case No: 3:bk-12-32228-KRH

Debtor.                                             Chapter 13

## ORDER ON APPLICATION FOR SUPPLEMENTAL COMPENSATION

UPON the filing of an Application for Supplemental Compensation and supporting exhibits by Goldstein Law Group, counsel for the Debtor(s), and it appearing to the proper to do so, it is hereby:

ORDERED that the Application for payment of supplemental fees in the amount of $2,520.40 is APPROVED; and it is

FURTHER ORDERED that the Chapter 13 Trustee is authorized to pay only such portion of the approved fees and costs that may be paid through the Chapter 13 plan currently in effect without reducing the dividend payable to unsecured creditors. Said fee up to a total amount of $2,020.40 is to be paid to Goldstein Law Group as an administrative expense claim pursuant to 11 U.S.C. §503. The remaining $500 is to be paid directly by the debtor and is currently held in escrow; and

Nothing in this order prohibits the debtors from amending their Chapter 13 plan to allow for the payment in full of the approved fees and costs.

The Clerk is directed to forward a copy of this order to all attorneys of record, the U.S. Trustee and the Chapter 13 Trustee.

DATE: _____          _____
                                       Kevin R. Huennekens
                                       Judge, U.S. Bankruptcy Court

I ask for this:                        SEEN AND AGREED:

/s/ Mitchell P. Goldstein              /s/ Carl M. Bates (authorized by email)
Mitchell P. Goldstein, Esq. VSBN 40613  Carl M. Bates
Goldstein Law Group, Inc.              Standing Chapter 13, Trustee
9962 Brook Road, #647                  P.O. Box 1819
Glen Allen, VA 23059                        Richmond, VA 23218-1819
(804) 592-1674
mitch@mitchellpgoldstein.com

Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
(804) 592-1674
mitch@mitchellpgoldstein.com

**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

The undersigned hereby certifies that the foregoing order has been served on or endorsed by all necessary parties.

/s/ Mitchell P. Goldstein, Esq.
_____

Mitchell P. Goldstein, Esq.   VSB 40613

Mitchell P. Goldstein, Esq. VSBN 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
(804) 592-1674
mitch@mitchellpgoldstein.com